IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL DICK, et al.,

      Plaintiff,                    No. 2:13-cv-0201 WBS CKD PS

    vs.

AMERICAN HOME MORTGAGE SERVICING, INC., et al.,

      Defendants.
_____/

        On February 1, 2013, plaintiffs' motion to withdraw reference was transmitted to the United States District Court.  By order filed April 2, 2013, this matter was referred to the undersigned for pretrial management.  It appears that plaintiffs seek discretionary withdrawal of the reference to the Bankruptcy Court under 28 U.S.C. § 157(d).  Review of the docket in the adversary proceeding, E.D. Cal. Bk. Ct. case no. 12-ap-2007, indicates opposition to the motion to withdraw reference has not been filed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Opposition, if any, to the motion to withdraw reference shall be filed no later than May 1, 2013.

        2. Reply, if any, shall be filed no later than May 15, 2013.

1

3.  The matter shall thereafter stand submitted.

Dated: April 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 dick.bk.brf