BUCHALTER NEMER
A Professional Corporation
KALLEY R. AMAN (SBN: 217337)
BRIAN T. HARVEY (SBN: 238991)
IVO KELLER (SBN: 245909)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: ikeller@buchalter.com

Attorneys for Defendants
Town and Country Title Services, Ameriquest Mortgage Company,
and Ameriquest Mortgage Securities, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GABRIEL DICK; and DEBORAH JILL DICK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; TOWN AND COUNTRY TITLE SERVICES; AMERIQUEST MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST; AMERIQUEST MORTGAGE SECURITIES, INC.; CITI RESIDENTIAL LENDING AS ATTORNEY IN FACT FOR AMERIQUEST HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; and John Does 1 through 50,<br><br>　　　　Defendants. | Case No. 2:13-CV-00201-WBS-CKD<br><br>**ORDER APPROVING DEFENDANTS TOWN AND COUNTRY TITLE SERVICES', AMERIQUEST MORTGAGE COMPANY'S, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO WITHDRAW REFERENCE**<br><br>Date:　　July 15, 2013<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 5<br>Judge:　　Hon. William B. Shubb |

The Court having reviewed the request of defendants Town and Country Title Services, Ameriquest Mortgage Company, and Ameriquest Mortgage Securities, Inc. (collectively, "Ameriquest"), for permission to appear telephonically (the "Request") at the hearing regarding the Motion to Withdraw Reference of Adversary Proceeding, etc., filed by Plaintiffs Gabriel Dick

and Deborah Jill Dick, and good cause appearing therefrom, it is hereby ordered that:

    1.    The Request is **GRANTED**.

    2.    **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**  Counsel for Ameriquest can be reached on the day of the hearing at telephone number (213) 891-0700.  The email address for Brian T. Harvey of Buchalter Nemer is bharvey@buchalter.com.

Dated:  June 20, 2013

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE