**AKERMAN SENTERFITT LLP**
DONALD M. SCOTTEN (SBN 190532)
Email: donald.scotten@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
CITI RESIDENTIAL LENDING, INC.
(erroneously sued as CITI RESIDENTIAL LENDING)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GABRIEL DICK and DEBORAH HILL DICK,<br><br>             Plaintiffs,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; TOWN AND COUNTRY TITLE SERVICES; AMERIQUEST MORTGAGE CO.; DEUTSCHE BANK NATIONAL TRUST; AMERIQUEST MORTGAGE SECURITIES, INC.; CITI RESIDENTIAL LENDING AS ATTORNEY IN FACT FOR AMERIQUEST HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; and JOHN DOES 1 through 50,<br><br>             Defendants. | Case No. 2:13-cv-00201-WBS-CKD<br><br>**ORDER GRANTING DEFENDANT CITI RESIDENTIAL LENDING INC.'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFFS' MOTION TO WITHDRAW REFERENCE**<br><br>Date:   July 15, 2013<br>Time:   2:00 p.m.<br>Judge:  Hon. William B Shubb |

///

///

///

///

The Court having reviewed Defendant Citi Residential Lending Inc.'s (**Citi**) moving papers hereby rules as follows:

1. The request to appear telephonically is hereby GRANTED;

2. The Courtroom deputy shall e-mail counsel with instructions on how to participate in the telephone call.  Counsel for Citi can be reached on the day of the hearing at 213-533-5914.  Counsel's e-mail address is parisa.jassim@akerman.com.

Dated:  June 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE