Michael R. Brooks, State Bar No. 167315
Bruce T. Bauer, State Bar No. 149781
**BROOKS BAUER, LLP**
2677 N. Main Street, Suite 560
Santa Ana, CA 92705-6632
Telephone (714) 558-1961; Facsimile (714) 564-9302

Attorneys for Defendants, Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc.; Power Default Services, Inc.; and Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset backed Pass-Through Certificates, Series 2003-7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GABRIEL A. DICK and <br> JILL DICK <br> <br>              Plaintiffs, <br> <br>      v. <br> American Home Mortgage Servicing, Inc. <br> Ameriquest Mortgage Co. <br> Ameriquest Mortgage Securities Inc. <br> Deutsche Bank National Trust <br> Town and Country Title Services <br> Citi Residential Lending <br> Power Default Services, Inc. <br> <br>              Defendants. | ) Case No. 2:13-cv-00201-WBS-CKD <br> ) Hon. Judge William B. Shubb <br> ) (from Referred Bankruptcy Case Adv. <br> ) Proceeding No. 2:12-ap-2007-C / <br> ) Bankruptcy Case No. 11-45476-C-7) <br> ) <br> ) **ORDER GRANTING** <br> ) **DEFENDANTS' REQUEST FOR** <br> ) **PERMISSION TO APPEAR** <br> ) **TELEPHONICALLY AT THE** <br> ) **HEARING ON PLAINTIFFS'** <br> ) **MOTION TOWITHDRAW** <br> ) **REFERENCE** <br> ) <br> ) <u>**Hearing**</u> <br> ) **Date:**    July 15, 2013 <br> ) **Time:**    2:00 a.m. <br> ) **CTRM:**    5 – 14th Floor <br> ) <br> ) Adv. Complaint Filed: January 5, 2012 <br> ) Trial Date: None <br> ) <br> ) <br> ) |

- 1 -
**[PROPOSED] ORDER GRANTING REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY**

The Court having reviewed Defendants, Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHMSI"); Power Default Services, Inc. ("Power Default"); and Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset backed Pass-Through Certificates, Series 2003-7 ("Deutsche Bank, as Trustee")(sometimes collectively "Defendants"), Defendant Citi Residential Lending Inc.'s (Citi) moving papers hereby rules as follows:

1. The request to appear telephonically is hereby GRANTED;

2. The Courtroom deputy shall email counsel with instructions on how to participate in the telephone call.   Counsel for Defendants can be reached at the day of the hearing at 714-558-1961.  The email address for counsel is bbauer@brooksbauer.com.

Dated:  July 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY**

# PROOF OF SERVICE
Case Adv. Proceeding No.  2:12-ap-2007-C
DC No. BTB-

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2677 N. Main Street, Suite 560, Santa Ana, CA  92705-6632.

On **July 12, 2013**, I served a copy of the following document(s):  **[PROPOSED] ORDER GRANTING DEFENDANTS'  REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFFS' MOTION TOWITHDRAW REFERENCE** on the interested parties in this action:

__X__   **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Santa Ana, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows-

__X__   **BY ELECTRONIC MAIL:** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the eCalWebFiling of the United States Bankruptcy Court, Eastern District of California for filing and transmittal to the below listed eCalWebFiling registrant(s).

_____   **BY OVERNIGHT MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery.  Under that practice, it would be retrieved by an OVERNITE EXPRESS representative during his regularly scheduled daily collection, deposited in the regularly utilized collection box for OVERNITE EXPRESS, or deposited with an OVERNITE EXPRESS representative at an OVERNITE EXPRESS office on that same day with delivery fees thereon fully prepaid at Santa Ana, California in the ordinary course of business.  I have placed a true and correct copy thereof in a sealed envelope(s) designated by OVERNITE EXPRESS, with delivery fees thereon fully prepaid and addressed as follows:

| | |
|---|---|
| Gabriel Dick | Jill Dick |
| 11603 Northern Lights Drive | 11603 Northern Lights Drive |
| Grass Valley, CA  95949 | Grass Valley, CA  95949 |
| Home: (530) 477-7007 | Home: (530) 477-7007 |
| Cell: (530)277-4007 | Cell: (530)277-4007 |

| | |
|---|---|
| gabriel10642@gmail.com<br>sundance@ncws.com<br>*Plaintiff, In Pro Per* | gabriel10642@gmail.com<br>sundance@ncws.com<br>*Plaintiff, In Pro Per* |
| Bradley G. Grumbley, Esq.<br>Kalley R. Aman, Esq.<br>Brian T. Harvey, Esq.<br>BUCHALTER NEMER, APC<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA  90017-2457<br>T: (213)891-0700/F: (213)896-0400<br>bgrumbley@buchalter.com<br>bharvey@buchalter.com<br>*Attorneys for Defendants,*<br>Town and Country Title Services;<br>Ameriquest Mortgage Company; and<br>Ameriquest Mortgage Securities, Inc. | Trustee<br>Lewis D. Partridge<br>P.O. Box 863<br>Sloughhouse, CA  95683<br>*Trustee*<br><br>United States Trustee<br>Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA  95814<br>*U.S. Trustee* |
| Donald M Scotten, Esq.<br>AKERMAN SENTERFITT LLP<br>725 South Figueroa Street, 38th Floor<br>Los Angeles, CA  90017-5433<br>T: (213)688-9500/F: (213)627-6342<br>*Attorneys for Defendant,*<br>CITI Residential Lending, Inc.<br>(Erroneously sued as CITI Residential Lending) | Judge Christopher M. Klein<br>United States Bankruptcy Court<br>Eastern District of California<br>Sacramento Division<br>Department C<br>501 I Street, #3-200<br>Sacramento, CA  95814 |

  X    **BY ELECTRONIC MAIL**: I hereby certify that I electronically transmitted the attached document(s) in Microsoft Word format to the Honorable Chief Judge Christopher M. Klein at the email address of cmkorders@caed.uscourts.gov from my work email address of jpatton@brooksbauer.com.

**STATE**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**FEDERAL**: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 12, 2013**, at Santa Ana, California.

1
                                        */s/ Jennifer J. Vogel*
                                         JENNIFER J. VOGEL

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY**