**AKERMAN LLP**
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
CITI RESIDENTIAL LENDING, INC.
(erroneously sued as CITI RESIDENTIAL
LENDING)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GABRIEL DICK and DEBORAH HILL DICK,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; TOWN AND COUNTRY TITLE SERVICES; AMERIQUEST MORTGAGE CO.; DEUTSCHE BANK NATIONAL TRUST; AMERIQUEST MORTGAGE SECURITIES, INC.; CITI RESIDENTIAL LENDING AS ATTORNEY IN FACT FOR AMERIQUEST HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; and JOHN DOES 1 through 50,<br><br>    Defendants. | Case No. 2:13-cv-00201-WBS-CKD<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT CITI RESIDENTIAL LENDING INC.'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTIONS TO DISMISS**<br><br>Date: January 13, 2014<br>Time: 2:00 p.m.<br>Judge: Hon. William B Shubb |

///

///

///

///

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 • FAX: (213) 627-6342

1    The Court having reviewed Defendant Citi Residential Lending Inc.'s (**Citi**)

2 request to appear telephonically hereby rules as follows:

3    1.    The request to appear telephonically is hereby GRANTED;

4    2.    The Courtroom deputy shall e-mail counsel with instructions on how to

5 participate in the telephonic hearing.  Counsel for Citi can be reached on the day of

6 the    hearing    at    213-533-5914.    Counsel's    e-mail    address    is

7 parisa.jassim@akerman.com.

8

9 Dated:  January 6, 2014

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AKERMAN LLP

725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342