BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant
HOMEWARD RESIDENTIAL, INC. FKA AMERICAN HOME MORTGAGE SERVICING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-7; AND POWER DEFAULT SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GABRIEL DICK; and DEBORAH JILL DICK,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; TOWN AND COUNTRY TITLE SERVICES; AMERIQUEST MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST; AMERIQUEST MORTGAGE SECURITIES, INC.; CITI RESIDENTIAL LENDING AS ATTORNEY IN FACT FOR AMERIQUEST HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; and John Does 1 through 50,<br><br>Defendants. | Case No. 2:13-cv-00201-WBSCKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT THE MARCH 28, 2016 STATUS CONFERENCE**<br><br>Date:   March 28, 2016<br>Time:  1:30 P.M.<br>Place:  Courtroom 5<br>Judge:  Hon. William B. Shubb |

140383.00713/102000794v.2

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE**

1   After consideration of the request ("Request") of defendants Homeward Residential, Inc. FKA American Home Mortgage Servicing, Inc., Deutsche Bank National Trust Company, As Trustee For Ameriquest Mortgage Securities Inc., Assetbacked Pass-Through Certificates, Series 2003-7, and Power Default Services, Inc. (collectively, "Defendants") for Defendants' counsel to appear by telephone at the status conference ("Status Conference") set for March 28, 2016 at 1:30 p.m., in Courtroom 5, of the above-entitled Court, and good cause appearing, the Request is GRANTED.

Cheryl S. Chang, counsel for Defendants will appear telephonically at the Status Conference. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated:  March 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE