JOHN S. SARGETIS (SBN: 80630)
STEPHEN J. FOONDOS (SBN: 148982)
DANNY A. BARAK (SBN: 252066)
**UNITED LAW CENTER**
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
dbarak@unitedlawcenter.com
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs,
GABRIEL DICK and DEBORAH DICK,

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DICK and DEBORAH DICK,<br><br>              Plaintiffs,<br><br>     vs.<br><br>AMERICAN HOME MORTGAGE SERVICING INC., TOWN AND COUNTRY TITLE SERVICES, AMERIQUEST MORTGAGE CO., DEUTSCHE BANK NATIONAL TRUST, CITI RESIDENTIAL LENDING AS ATTORNEY IN FACT FOR AMERIQUEST HOME MORTGAGE SERVICING, INC., POWER DEFAULT SERVICES, INC., John Does 1 through 50 | CASE NO.: 2:13-CV-00201<br><br>**STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT AND ~~PROPOSED~~ ORDER** |

    Plaintiffs GABRIEL DICK and DEBORAH DICK are represented by attorney Danny A.

Barak, United Law Center, 3013 Douglas Blvd., Suite 200, Roseville, CA 95661, telephone number

(916) 367-0630.

_____

STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF JOINT STATUS REPORT AND PROPOSED
ORDER
-1-

1    Defendants TOWN & COUNTRY TITLE SERVICES, INC., AMERIQUEST MORTGAGE

2  COMPANY, and AMERIQUEST MORTGAGE SECURITIES, INC. are represented by Ivo

3  Keller, Buchalter Nemer, P.C. 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017,

4  telephone number (213) 891-0700.

5    Defendants HOMEWARD RESIDENTIAL, INC. fka AMERICAN HOME MORTGAGE

6  SERVICING, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for

7  Ameriquest Mortgage Securities Inc., Asset backed Pass-Through Certificates, Series 2003-7; and

8  POWER DEFAULT SERVICES, INC. are represented by Cheryl S. Chang, Blank Rome, LLP

9  2029 Century Park East, 6th Floor, Los Angeles, CA 90067, telephone number (424) 239-3400.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

    The parties are still in the process of conferring as to what information should be stated in the

Joint Status Report which is to be filed as of March 14, 2016 pursuant to the Minute Order entered

on February 23, 2016.  Counsel for plaintiffs, Danny A. Barack, is currently in trial.  The parties

will engage in further meet and confer discussion when the court in which the trial is taking place is

not in session between March 16, 2016 and March 18, 2016.  The parties agree that the Joint Status

Report will be filed on Friday, March 18, 2016.

DATED: March 14, 2016            /s/ Danny A. Barak_____
                                 DANNY A. BARAK
                                 Attorney for Plaintiffs


DATED:  March 14, 2016           _/s/ Ivo Keller_____
                                 IVO KELLER
                                 Attorneys for Defendants TOWN &
                                 OUNTRY TITLE SERVICES, INC.,
                                 AMERIQUEST MORTGAGE COMPANY,
                                 and AMERIQUEST MORTGAGE
                                 SECURITIES, INC.

1

DATED:  March 14, 2016

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 _/s/ Cheryl S. Chang_____
CHERYL S. CHANG
Attorneys for Defendants HOMEWARD
RESIDENTIAL, INC. fka AMERICAN
HOME MORTGAGE SERVICING, INC.;
DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee for Ameriquest
Mortgage Securities Inc., Asset backed Pass-
Through Certificates, Series 2003-7; and
POWER DEFAULT SERVICES, INC.

## ORDER

   GOOD CAUSE APPEARING,  IT IS SO ORDERED.

**Dated:  March 16, 2016**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE