UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GABRIEL DICK and JILL DICK, | CIV. NO. 2:13-00201 WBS CKD |
| Plaintiffs, | ORDER |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC.; AMERIQUEST MORTGAGE CO.; AMERIQUEST MORTGAGE SECURITIES, INC.; DEUTSCHE BANK NATIONAL TRUST; TOWN AND COUNTRY TITLE SERVICES; CITI RESIDENTIAL LENDING; and POWER DEFAULT SERVICES, INC., | |
| Defendants. | |

----oo0oo----

A Status (Pretrial Scheduling) Conference was held in this matter on March 28, 2016.  David J. Snyder appeared as counsel for plaintiffs, and Ivo Keller and Cheryl Chang appeared as counsel for defendants.  Following the conference, the court makes the following findings and orders:

1

1    The Ninth Circuit remanded this case for
2 reconsideration in light of the California Supreme Court's
3 decision in <u>Yvanova v. New Century Mortgage Corp.</u>, No. S218973,
4 2016 WL 639526 (Cal. Feb. 18, 2016).  Plaintiffs shall file their
5 supplemental briefing on any issues related to the <u>Yvanova</u>
6 decision by April 18, 2016.  Defendants will file their
7 supplemental briefing on any such issues by May 9, 2016.
8 Plaintiffs will file their reply brief by May 16, 2016.
9    The hearing is set for May 31, 2016, at 1:30pm in
10 Courtroom No. 5.
11 Dated:  March 28, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2