UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DICK,<br><br>  Plaintiffs,<br><br>  vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., et al.,<br><br>  Defendants. | Case No. 2:13-cv-00201-WBS-CKD<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT MAY 31, 2016 HEARING**<br><br>Date:  May 31, 2016<br>Time:  1:30 p.m.<br>Courtroom:  5 |

Philip Barilovits, counsel for defendants HOMEWARD RESIDENTIAL, INC. fka AMERICAN HOME MORTGAGE SERVICING, INC. DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-7, and POWER DEFAULT SERVICES (together "Requesting Defendants"), is permitted to appear at the hearing on the motion to dismiss (after supplemental briefing) set for this case on May 31, 2016, at 1:30 p.m.  Counsel's email address is pbarilovits@hinshawlaw.com and the direct telephone number is 415-263-8136.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated:  May 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE