UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GABRIEL DICK and DEBORAH JILL DICK,<br><br>            Plaintiffs,<br><br>       v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; TOWN AND COUNTRY TITLE SERVICES; AMERIQUEST MORTGAGE, CO.; DEUTSCHE BANK NATIONAL TRUST; AMERIQUEST MORTGAGE SECURITIES, INC.; CITI RESIDENTIAL LENDING, as attorney in fact for Ameriquest Home Mortgage Securities, Inc.; POWER DEFAULT SERVICES; and DOES 1-50, inclusive,<br><br>            Defendants. | CIV. NO. 2:13-00201 WBS CKD<br><br>NINTH CIR. NO. 14-15203<br><br>ORDER |

----oo0oo----

      Plaintiffs Gabriel and Jill Dick initiated this suit against defendants alleging three causes of action for wrongful foreclosure of their home, fraud, and cancellation of

1

instruments. (Second Am. Compl. ("SAC") (Docket No. 41).) On January 14, 2014, this court dismissed plaintiffs' SAC with prejudice, (Jan. 14, 2014 Order (Docket No. 72)), and plaintiffs appealed, (Docket No. 74). The Ninth Circuit remanded the case for reconsideration in light of the California Supreme Court's decision in Yvanova v. New Century Mortgage Corp., 62 Cal. 4th 919 (2016). (Docket No. 79.)

In light of Yvanova,[1] this court hereby VACATES its dismissal of plaintiffs' wrongful foreclosure and cancellation of instruments claims. The court does not amend or vacate its dismissal of plaintiffs' fraud claim. The Clerk of this court shall forward a copy of this Order to the Clerk of the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: May 26, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] See also Sciarratta v. United States Bank Nat'l Ass'n, No. D069439, 2016 WL 2941194, at *1 (4th Dist. May 18, 2016) (applying Yvanova and concluding "that a homeowner who has been foreclosed on by one with no right to do so--by those facts alone--sustains prejudice or harm sufficient to constitute a cause of action for wrongful foreclosure").