1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL DICK and DEBORAH JILL DICK<br><br>        Plaintiffs,<br><br>        vs.<br><br>AMERICAN HOME MORTGAGE SERVCING, INC.; TOWN AND COUNTRY TITLE SERVICES; AMERIQUEST MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST; AMERIQUEST MORTAGE SECURITIES, INC.; CITI RESIDENTIAL LENDING AS ATTORNEY IN FACT FOR AMERIQUEST HOME MORTGAGE SERVICING, INC; POWER DEFAULT SERVICES, INC.; and John Does 1 through 50,<br>        Defendants. | Case No.: 2:13-00201 WBS CKD<br><br>**ORDER RE: JOINT STIPULATION RE: DISMISSAL OF DEFENDANTS TOWN AND COUNTRY TITLE SERVICES, AMERIQUEST MORTGAGE COMPANY, AND AMERIQUEST HOME MORTGAGE SERVICING, INC.**<br><br>**Trial Date:**           November 28, 2017 |

    The Court, having reviewed the Joint Stipulation Re Dismissal by and between Plaintiffs GABRIEL DICK and DEBORAH JILL DICK ("Plaintiffs") and Defendants TOWN AND COUNTRY TITLE SERVICES, AMERIQUEST MORTGAGE COMPANY, AND AMERIQUEST HOME MORTGAGE SERVICING, INC. makes the following Order:

*Proposed Order re: Joint Stipulation re: Dismissal*

Defendants TOWN AND COUNTRY TITLE SERVICES, AMERIQUEST MORTGAGE COMPANY, AND AMERIQUEST HOME MORTGAGE SERVICING, INC. are hereby dismissed from this action with prejudice.  Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

February 13, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE