# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DICK and DEBORAH JILL DICK<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVCING, INC.; et al., etc.<br>Defendants. | Case No.: 2:13-00201 WBS CKD<br><br>**ORDER MODIFYING SCHEDULING ORDER** |

Whereas, Plaintiffs GABRIEL DICK and DEBORAH JILL DICK (together, "Plaintiffs") and defendants HOMEWARD RESIDENTIAL, INC., fka AMERICAN HOME MORTGAGE SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS THROUGH CERTIFICATES, SERIES 2003-7, and POWER DEFAULT SERVICES (together, "Defendants") (collectively, the "Parties") have jointly requested that the scheduling order in this case and the trial date in this case be modified and, for good cause shown, it is hereby ordered that:

This Court's scheduling order (Docket No. 108) remains in effect with the following

- 1 -

modifications only:

*Discovery:* The deadline to complete discovery currently set for June 1, 2017 is hereby reset to September 1, 2017.

*Motions:* The deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications is hereby reset from July 17, 2017 to October 17, 2017.

*Final Pretrial Conference:* The final pretrial conference originally scheduled for September 25, 2017 at 1:30 p.m. is hereby reset to **January 16, 2018 at 1:30 p.m.**

*Trial*: The trial in this case, currently scheduled for November 28, 2017 at 9:00 is hereby reset to **March 6, 2018 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: May 9, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE