PETER L. ISOLA (SBN 144146)
pisola@hinshawlaw.com
TYLER A. CARLE (SBN 298033)
tcarle@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendants
HOMEWARD RESIDENTIAL, INC. fka
AMERICAN HOME MORTGAGE SERVICING, INC.,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR AMERIQUEST MORTGAGE
SECURITIES INC., ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2003-7, and POWER
DEFAULT SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DICK,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., et al.,<br><br>        Defendants. | Case No. 2:13-cv-00201-WBS-CKD<br><br>**JOINT STIPULATION TO EXTEND DEPOSITION COMPLETION DEADLINE; ORDER**<br><br>Honorable William B. Shubb<br><br>Trial Set: March 6, 2018 |

## RECITALS

Plaintiffs Gabriel Dick and Deborah Jill Dick ("Plaintiffs") and Defendants HOMEWARD RESIDENTIAL, INC. fka AMERICAN HOME MORTGAGE SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-7, and POWER DEFAULT SERVICES (together, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree as follows:

WHEREAS, pursuant to FRCP 30, Defendants noticed Plaintiffs' depositions for August 24, 2017, and August 29, 2017;

WHEREAS, the discovery cutoff deadline in this case is September 1, 2017;

WHEREAS, Defendants' Motion for Judgment on the Pleadings is set to be heard on October 2, 2017;

WHEREAS, the Parties are engaged in serious and substantial settlement discussions;

WHEREAS, the Parties desire to complete the settlement discussions and have the Motion for Judgment on the Pleadings heard before taking any depositions, if necessary;

WHEREAS, Defendants and Plaintiffs agree that the extension of the fact discovery deadline is for the deposition of Plaintiffs only, and does not extend the deadline for any other discovery, would reduce costs for both Plaintiffs and Defendants and allow the Parties to further pursue settlement without engaging in expensive and likely unnecessary depositions;

WHEREAS, the extension of the fact discovery for only the deposition of Plaintiffs is not requested for purposes of delay and will not result in any prejudice;

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and among Plaintiffs and Defendants, and subject to the approval of the Court, that:

1. The discovery cut off deadline be extended to October 31, 2017, for the limited purpose of deposing Plaintiffs, however, all other discovery deadlines remain unchanged;

|  |  |
|---|---|
| DATED: August 21, 2017 | Respectfully Submitted,<br>UNITED LAW CENTER |
|  | By: */s/ Danny Barak*<br>Danny Barak<br>Attorneys for Plaintiffs |
| DATED: August 21, 2017 | HINSHAW & CULBERTSON LLP |
|  | By: */s/ Tyler Carle*<br>Tyler A. Carle<br>Attorneys for Defendants |

I, Tyler Carle, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Danny Barak has concurred in this filing.

/s/ *Tyler Carle*

**ORDER**

Having reviewed the above stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: August 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE